UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ELI HIZAMI, on behalf of himself and all others similarly situated,

　　　　　　　Plaintiffs,

-against-

DIVERSIFIED CONSULTANTS, INC.,

　　　　　　　Defendant.

---

Index No: 18-cv-17

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff and defendant, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party. The class claims are also dismissed except without prejudice.

Dated: New York, New York
　　　　May 24, 2018

VARACALLI & HAMRA, LLP.
*Attorneys for Plaintiff*

By: *s/Salim Katach*
　　Salim Katach, Esq.
32 Broadway, Suite 1818
New York, New York 10004
Tel: (646) 590-0571

SESSIONS, FISHMAN, NATHAN & ISRAEL
*Attorneys for Defendant*

By: _____/s/_____ Aaron R. Easley_____
Aaron R. Easley, Esq.
3 Cross Creek Drive
Flemington, NJ 08822-4938
908.237.1660

*So Ordered*

s/ILG

5/25/18